UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

-FILED-
IN OPEN COURT

MAR 1 1 2026

At _____ M
Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **INDICTMENT** |
| | ) | (Three Counts) |
| | ) | |
| v. | ) | Case No.: 3:26 cr 24 CCB SJF |
| | ) | |
| | ) | 18 U.S.C. § 666(a)(1)(B) |
| RODNEY McCORMICK | ) | 18 U.S.C. § 201(c)(1)(B) |

**THE GRAND JURY CHARGES:**

**COUNT 1**

1. At all times material to this Indictment, the Michigan City Housing Authority was an organization that received federal assistance in excess of $10,000.00 during the one-year period beginning January 1, 2023, and ending December 31, 2023.

2. Defendant, **RODNEY McCORMICK**, was an agent of the Michigan City Housing Authority, whose duties included serving as the Chairman of the Board of Commissioners, providing oversight of the Michigan City Housing Authority, approving use of federal capital funds for renovating housing units, and signing checks on behalf of the Michigan City Housing Authority to be paid to businesses that contracted to renovate housing units.

3. On or about and between June 7, 2023, and October 13, 2023, in the Northern District of Indiana,

**RODNEY McCORMICK,**

defendant herein, did corruptly solicit, demand, accept and agree to accept a thing of value from a person, intending to be influenced and rewarded in connection with a transaction and series of transactions of the Michigan City Housing Authority involving $5,000.00 or more.

All in violation of Title 18, United States Code, Section 666(a)(1)(B).

**THE GRAND JURY FURTHER CHARGES:**

**COUNT 2**

On or about October 10, 2023, in the Northern District of Indiana,

**RODNEY McCORMICK,**

defendant herein, a public official, otherwise than as provided by law for the proper discharge of official duties, directly and indirectly did demand, seek, receive, accept, and agree to receive and accept something of value personally for and because of an official act performed and to be performed by such official, including by accepting $5,000.00 cash in exchange for awarding a bid to a certain contractor to renovate units in the Michigan City Housing Authority.

    All in violation of Title 18, United States Code, Section 201(c)(1)(B).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 3

On or about October 13, 2023, in the Northern District of Indiana,

**RODNEY McCORMICK,**

defendant herein, a public official, otherwise than as provided by law for the proper discharge of official duties, directly and indirectly did demand, seek, receive, accept, and agree to receive and accept something of value personally for and because of an official act performed and to be performed by such official, including by accepting $8,000.00 cash in exchange for awarding a bid to a certain contractor to renovate units in the Michigan City Housing Authority.

All in violation of Title 18, United States Code, Section 201(c)(1)(B).

## FORFEITURE ALLEGATIONS

The allegations contained in Counts 1-3 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture to the United States pursuant to Title 18, United States Code, Sections 981(a)(1)(C), 982(a)(2)(A) and Title 28, United States Code, Section 2461(c).

Upon conviction of the offenses in violation of Title 18, United States Code, Section 666(a)(1)(B) as set forth in Count 1 of the Indictment and Title 18, United States Code, Section 201(c)(1)(B) as set forth in Counts 2 and 3 of the Indictment, the defendant, **RODNEY McCORMICK**, shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461, any property constituting or derived from, proceeds obtained, directly or indirectly, as a result of such violations. The property to be forfeited includes, but is not limited to, the following: $13,000.00 in United States currency.

Upon conviction of the offenses set forth in the Indictment, the government will seek a money judgment in the amount of proceeds received for the defendant's participation in the alleged offenses.

If any of the property described above, as a result of any act or omission of the defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

  c. has been placed beyond the jurisdiction of the Court;

  d. has been substantially diminished in value; or

  e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1) and Title 28, United States Code, Section 2461(c).

Dated: March 11, 2026

              A TRUE BILL:

              */s/ Grand Jury Foreperson*
              Grand Jury Foreperson

APPROVED BY:

  ADAM L. MILDRED
  UNITED STATES ATTORNEY

By: */s/ Jerome W. McKeever*
   Jerome W. McKeever
   Assistant United States Attorney